UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, | No. 2:17-cv-01587-RSM |
| Plaintiff, | ORDER GRANTING MICROSOFT'S MOTION TO VACATE DEADLINES IN ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT AND EARLY SETTLEMENT |
| v. | |
| JOHN DOES 1 – 10 using IP addresses 73.28.34.136 and 73.156.69.83, | |
| Defendants. | |

This matter comes before the Court on Plaintiff Microsoft Corporation ("Microsoft")'s

Motion to Vacate Deadlines in the Court's Order Regarding Initial Disclosures, Joint Status

Report and Early Settlement (Dkt. # 17). Having reviewed the complaint and the papers filed in

connection with this matter, the Court finds good cause to grant Microsoft's Motion and vacate

the following deadlines.

| | |
|---|---|
| Deadline for FRCP 26(f) Conference | 12/14/2017 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 12/21/2017 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 12/28/2017 |

The Court will issue an updated scheduling order after the John Doe Defendant(s) have

been identified.

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

DATED this 13 day of December 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiff Microsoft Corp.*

By *s/ James H. Wendell*
    Bonnie E. MacNaughton, WSBA #36110
    James H. Wendell, WSBA #46489
    1201 Third Avenue, Suite 2200
    Seattle, WA  98101-3045
    Telephone: (206) 622-3150
    Fax: (206)757-7700
    Email: BonnieMacNaughton@dwt.com
           JamieWendell@dwt.com

ORDER GRANTING MICROSOFT'S MOTION TO
VACATE DEADLINES
(No. 2:17-cv-01587-RSM) - 2

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax